**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS**

E-FILED
Friday, 23 February, 2007  01:41:43 PM
Clerk, U.S. District Court, ILCD

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 06-10033-05 |
| KONTYUS ROBINSON, ) | |
| Defendant. ) | |

## ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT, AND NOTICE OF SENTENCING

Pursuant to the Report and Recommendation of United States Magistrate Judge John A. Gorman, to which there has been no timely objection, the plea of guilty of the Defendant to Counts 1, 8-10, and 12 is hereby accepted, and Defendant is adjudged guilty of such offenses.

Sentencing remains scheduled on 5/18/07 at 2:00 P.M..

ENTERED this 23rd day of February, 2007.

                                                 s/ Michael M. Mihm
                                               Michael M. Mihm
                                               United States District Judge